[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14587
_____

D.C. Docket No. 3:09-cv-00122-TCB


JIMMY CLEMENTS,

Plaintiff - Appellant,

versus

CSX TRANSPORTATION, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(May 29, 2013)

Before BARKETT and MARCUS, Circuit Judges, and CONWAY,[*] District Judge.

PER CURIAM:

---

[*] Honorable Anne C. Conway, Chief Judge, United States District Court for the Middle District of Florida, sitting by designation.

Jimmy Clements appeals from the denial of his motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a) and alternatively for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) following a jury verdict and final judgment for defendant, CSX Transportation, Inc. on Clements' negligence action brought under the Federal Employer's Liability Act, 45 U.S.C. § 51, et seq.  The jury verdict in this case forecloses each claim raised on appeal by Mr. Clements.  Accordingly, the district court judgment is

**AFFIRMED.**